UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB,<br><br>    Defendant. | Case No. 13-cv-04937-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of Defendant's filing of a Motion to Dismiss the First Amended Complaint (Dkt. No. 26), and the parties' agreement that the case schedule should not be set until the Motion is decided (Dkt. No. 15 at 8), the case management conference currently scheduled for February 13, 2014 is continued to April 17, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 11, 2014

                                                        *Jacqueline S. Corley*
                                                        JACQUELINE SCOTT CORLEY
                                                        United States Magistrate Judge