UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINTERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB,<br><br>　　　　Defendant. | Case No. 13-cv-04937-JSC<br><br>**ORDER VACATING CMC AND REFERRING CASE TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

Upon review of the parties' Joint Case Management Conference Statement filed September 16, 2015 (Dkt. No. 74), the further case management conference scheduled for September 24, 2015 is VACATED.  The case is referred to a randomly-assigned magistrate judge for a settlement conference to occur by February 26, 2015, or as soon thereafter as is convenient to the magistrate judge.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge