UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUINTERO,<br><br>             Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB,<br><br>             Defendant. | Case No. 13-cv-04937-JSC<br><br>**ORDER VACATING CASE DEADLINES AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Notice of Settlement and their accompanying request to vacate case deadlines.  In light of their representation that a settlement has been reached, all case deadlines, including the January 11, 2016 settlement conference, are VACATED.  A case management conference is scheduled for February 4, 2016 at 1:30 p.m., which will be vacated upon the filing of the stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge